IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )   Criminal No. 17-93<br>)<br>ISAAC ANTHONY RIVERA,                   )<br>)<br>  Defendant.                                  ) | |

ORDER

AND NOW, this 1st day of September, 2020, it appearing that further proceedings cannot be held in this case as to defendant Isaac Anthony Rivera because the defendant is a fugitive and a warrant of arrest has been issued,

IT IS HEREBY ORDERED that the case be returned to the Clerk of Court as to defendant Isaac Anthony Rivera until such time as action by the Court may be required against said defendant.

s/ Nora Barry Fischer
Nora Barry Fischer
Senior United States District Judge

cc/ecf:   Gregory Melucci, AUSA

United States Marshal's Office