IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-93 |
| KARL EDWARD WILEY, et al. | |

## ORDER

AND NOW, to wit, this  13th  day of October, 2020, upon consideration of the Government's Motion to Withdraw Appearance, filed by Assistant United States Attorney Rebecca L. Silinski, it is hereby ORDERED that said Motion is GRANTED, and that Assistant United States Attorney Rebecca L. Silinski be terminated forthwith as counsel of record for the government in the above-captioned criminal action.

BY THE COURT:

s/Nora Barry Fischer
HONORABLE NORA BARRY FISCHER
Senior United States District Judge

cc: All Counsel of Record